IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Susan G. Nagel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Alliance One Receivables Management, | ) | Case No. 1:07-cr-040 |
| Inc., and John Does 01 through 10, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Plaintiff Susan G. Nagel ("Nagel") served a subpoena on the Verizon Corporation, a non-party, seeking records of all outgoing calls since January 1, 2006, all outgoing non-local calls from a telephone number belonging to Defendant Alliance One Receivables Management, Inc. ("Alliance").

On August 30, 2007, Defendant Alliance One Receivables Management, Inc. ("Alliance"), filed a Motion to Quash Nagel's subpoena. In the alternative, it requests the. The basis for its motion was that the subpoena was procedurally defective, sought private information, was overly broad, and sought information available via alternative means. On September 6, 2007, Nagel filed a response in opposition to Alliance's motion.

On September 7, 2007, the court convened a scheduled conference during which it court addressed Alliance's pending motion. For the reasons articulated at the close of the hearing, the court **DENIES** Alliance's Motion to Quash (Docket No. 8). However, the court further **ORDERS** that Nagel shall keep confidential and not disclose any information she may obtain from the Verizon Corporation that relates to calls from Alliance other those to her telephone number.

Dated this 7th day of September, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge