**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Susan G. Nagel, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| ) | |
| AllianceOne Receivables Management, ) | |
| Inc., and John Does 01 through 10, ) | Case No. 1:07-cv-040 |
| ) | |
| Defendants. ) | |

Before the Court is "Stipulation for Dismissal" filed on February 21, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 22) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 22nd day of February, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court